IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JAMES A. GARRISON,
    Petitioner,

v.                                       CASE NO. 1:12-cv-145-SPM-GRJ

KENNETH TUCKER,
    Respondent.

_____/

## O R D E R

This matter is before the Court on Petitioner's Motion for Extension of Time (Doc. 8). Petitioner requests an extension of time to pay the $5.00 filing fee for his petition for habeas corpus under 28 U.S.C. § 2254. Petitioner states that he has the funds to pay the fee in his prison inmate account, but prison officials have not yet responded to his repeated requests to withdraw the funds.

Accordingly, it is **ORDERED:**

1.    Petitioner's Motion for Extension of Time, Doc. 8, is **GRANTED**. Petitioner must submit the filing fee for his habeas petition on or before **October 17, 2012**.

**DONE AND ORDERED** this 27th day of September, 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge