IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JAMES A. GARRISON,

    Petitioner,

v.                                             CASE NO. 1:12-cv-145-SPM-GRJ

KENNETH TUCKER,

    Respondent.
_____/

## O R D E R

This case is before the Court on Respondent's First Motion for Enlargement of Time. (Doc. 13.) Respondent seeks a 60-day extension of time to respond to the Petition.

Upon due consideration, it is **ORDERED** that:

1.     Respondent's First Motion For Enlargement of Time, Doc. 13, is **GRANTED**. Respondent shall file a response **on or before February 7, 2013**.

2.     Petitioner shall file his reply, if any, **on or before March 11, 2013**.

**DONE AND ORDERED** this 11th day of December 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge