IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JAMES A. GARRISON,

    Petitioner,

v.                                                    CASE NO. 1:12-cv-145-SPM-GRJ

KENNETH TUCKER,

    Respondent.
_____/

## O R D E R

This case is before the Court on Respondent's Second Motion for Enlargement of Time. (Doc. 16.) Respondent seeks a 60-day extension of time to respond to the Petition.

Upon due consideration, it is **ORDERED** that:

1. Respondent's Second Motion For Enlargement of Time, Doc. 16, is **GRANTED**. Respondent shall file a response **on or before April 9, 2013**.

2. Petitioner shall file his reply, if any, **on or before May 9, 2013**.

**DONE AND ORDERED** this 8th day of February 2013.

                                            *s/ Gary R. Jones*
                                            GARY R. JONES
                                            United States Magistrate Judge