UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JAMES A GARRISON,

    Petitioner,

v.                                              Case No.  1:12cv145/LC/GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Amended Report and Recommendation dated April 16, 2014. (Doc. 30).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Amended Report and Recommendation, I have determined that the Amended Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's Amended Report and Recommendation (doc. 30) is adopted and incorporated by reference in this order.

2.  Respondent's motion to dismiss (doc. 24) is GRANTED.

3. The petition for writ of habeas corpus (doc. 1), is DISMISSED WITH PREJUDICE.

4. The clerk is directed to close the file.

5. A certificate of appealability is DENIED.

**ORDERED** on this 16th day of May, 2014.

s/*L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**